```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HARSH IMPORTS, INC.,                                                :
                                                                    :
                                         Plaintiff,                 :    1:22-cv-10510-GHW
                                                                    :
                      -against-                                     :             ORDER
                                                                    :
BANK OF BARODA, NEW YORK BRANCH,                                    :
                                                                    :
                                         Defendant.                 :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023

GREGORY H. WOODS, District Judge:

As discussed during the May 8, 2023 conference, Defendant's anticipated motion to dismiss must be filed and served no later than June 20, 2023. Plaintiff's opposition must be filed and served no later than three weeks after the filing and service of Defendant's motion; Defendant's reply, if any, must be filed and served no later than one week after the filing and service of Plaintiff's opposition.

SO ORDERED.

Dated:  May 8, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge