USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                 :
HARSH IMPORTS, INC.,               :
                 :
                 :               1:22-cv-1051-GHW
                   Plaintiff,   :
                 :                    ORDER
            -v -               :
                 :
BANK OF BARODA, NEW YORK BRANCH,   :
                 :
                Defendant.  :
                 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        The Court will hold a conference by telephone on September 15, 2023 at 4:00 p.m. to discuss Plaintiff's counsel's motion for leave to withdraw as counsel of record for Plaintiff, Dkt. No. 33. A representative from Harsh Imports, Inc. is directed to participate in this conference.

        The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

        SO ORDERED.

Dated: September 13, 2023
          New York, New York

                                                         _____
                                                                  GREGORY H. WOODS
                                                             United States District Judge