```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                  :

HARSH IMPORTS, INC.,                    :
                                                  :

                       Plaintiff,     :               1:22-cv-10510-GHW
                                                  :

                          -v –            :                 <u>ORDER</u>
                                                  :

BANK OF BARODA, NY BRANCH,     :
                                                  :

                       Defendant.    :
                                                  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On September 15, 2023, the Court held a teleconference to discuss Schlam Stone & Dolan LLP's motion to withdraw as counsel of record for Plaintiff. Dkt. No. 33. For the reasons stated on the record during that conference, Schlam Stone & Dolan LLP's motion is granted. As stated on the record during the September 15, 2023 conference, this case is stayed until October 6, 2023 to allow Plaintiff to search for and retain replacement counsel. In the event that Plaintiff retains new counsel prior to October 6, 2023, the stay will be lifted upon the filing of a notice of appearance by that counsel.

       If counsel for Plaintiff has not entered a notice of appearance by October 6, 2023, the Court will understand that Plaintiff has chosen to discontinue this litigation and expects to dismiss the case for failure to prosecute.

       The Clerk of Court is directed to:

- Remove attorneys Joshua Wurtzel and Michael Albert Brodlieb from the list of active counsel in this case; and

- Update Plaintiff's address on the docket and mail a copy of this order to Plaintiff at:

  Harrsh Madhok
  396 Durham Ave.
  Edison, NJ 08817
  Tel: 732-983-7061

SO ORDERED.

Dated: September 18, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge