```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
HARSH IMPORTS, INC,                                              :
                                                                 :
                                              Plaintiff,         :    1:22-cv-10510-GHW
                                                                 :
                       -v –                                      :    ORDER
                                                                 :
BANK OF BARODA, NEW YORK BRANCH                                  :
                                                                 :
                                              Defendant.         :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2023

GREGORY H. WOODS, United States District Judge:

On August 24, 2023, Defendant filed a motion to dismiss the complaint.  Dkt. No. 29.  On September 14, 2023, the Court extended the deadline for Plaintiff to file its opposition to the motion to September 22, 2023.  Dkt. No. 39.  On September 18, 2023, the Court ordered a stay in this action, four days before the deadline for Plaintiff to file its opposition.  Dkt. No. 40.  The stay was lifted on October 6, 2023.  Therefore, Plaintiff was required to file its opposition by October 10, 2023, four days after the stay was lifted.  Because Plaintiff has not done so, the Court understands that it has chosen not to file an opposition.  Unless an application is made to extend the deadline to opposed the motion by October 17, 2023, the Court will rule on Defendant's motion as unopposed.

SO ORDERED.

Dated: October 12, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge